FRANCES GERACI, Respondent, v. ROBERT J. BODKIN, Appellant.— Appeal by defendant from an order setting aside the verdict of a jury in his favor on the ground that it is against the weight of the evidence and granting a new trial. Order unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

WILLIAM B. GRAY et al., Appellants, v. SAUL GOLDSMITH, Respondent.— In an action for a judgment declaring that a valid, enforcible agreement exists between the parties, plaintiffs appeal from the judgment dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

LINA HERZBERG, as Executrix of ANNA SCHWARZKOPF, Appellant, v. PHILIP BOYAJIAN et al., Respondents.— Action to set aside a conveyance of real property by plaintiff's testatrix. Judgment of an official referee in favor of defendants unanimously affirmed, with costs, payable out of the estate. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ [See 274 App. Div. 801.]